132. JEFFERS *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

HAMMOND, J. 1. Where a verdict rendered in a justice's court is not demanded by the evidence, a judgment sustaining a certiorari and ordering a new trial in the justice's court stands upon the same footing as the ordinary first grant of a new trial. This case is controlled by that of *Strickland* v. *Reese*, 110 *Ga.* 263, and numerous other decisions of the Supreme Court.
2. There was no error on the part of the judge of the superior court in sustaining the certiorari and ordering a second trial in the justice's court.

*Judgment affirmed.*

Certiorari, from Terrell superior court—Judge Kimsey. June 15, 1906.

Submitted February 25,—Decided February 28, 1907. Powell, J., being disqualified, Judge Hammond, of the Augusta circuit, was designated to preside in his stead.

*M. C. Edwards,* for plaintiff. *James G. Parks,* for defendant.

---

210. DAVIS *v.* THE STATE.

POWELL, J. 1. Upon a careful examination of the record no error of law is shown; the verdict found by the jury and approved by the trial judge is well supported by the evidence; the judgment is therefore affirmed.

*Judgment affirmed.*

Accusation of unlawful sale of liquor, from city court of Dublin —Judge Burch. January 14, 1907.

Submitted February 25,—Decided February 28, 1907.

*T. L. Griner, H. P. Howard,* for plaintiff in error.

*G. H. Williams, solicitor,* contra.